IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ESI CONTRACTING CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-375-CV-W-DW |
| ) | |
| CRAFT MACHINE WORKS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Plaintiff's Stipulation of Dismissal Without Prejudice. (Doc. 6). Pursuant to the Stipulation, the case is hereby DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall mark this case as closed.

Date:   October 11, 2007                                      /s/ Dean Whipple
                                                                            Dean Whipple
                                                                  United States District Judge